# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR429 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAYTON L. LASLEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant Payton L. Lasley's motion to reconsider detention (Filing No. 23). Lasley seeks release to Nova Therapeutic Services in Omaha, Nebraska, however, there is an active warrant for Lasley in Dakota County, Nebraska. Until the outstanding warrant is resolved, Lasley's motion for reconsideration of detention will be denied.

**IT IS ORDERED:**

Lasley's motion for reconsideration of detention (Filing No. 23) is denied.

DATED this 5th day of January, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge